**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**

September 17, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____

DEPUTY

| | | |
|---|---|---|
| MELISSA A. GRAY, individually, and on behalf of all others similarly situated | § § § § § § § § § § § § § § § § | |
| **Plaintiff,** | | |
| **v.** | | **CAUSE NO.** 1:24-cv-00327-JRN |
| KOHL'S, INC. and JOHN DOES 1-10 | | |
| **Defendants.** | | |

### SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

**IT IS ORDERED THAT:**

1.  A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before __February 28, 2025__.

2.  The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before __October 7, 2024__, and each opposing party shall respond, in writing, on or before __October 21, 2024__. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further **ORDERED** to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial.

3.  The parties shall file all motions to amend or supplement pleadings and all

–1–

motions to join additional parties on or before ___September 23, 2024___.

  4.  All parties asserting claims for relief shall file and serve on all other parties their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before ___January 10, 2025___.  Parties resisting claims for relief shall file and serve on all other parties their designations of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before ___February 10, 2025___.  All designations of rebuttal experts shall be filed and served on all other parties within **fourteen (14) days** of receipt of the report of the opposing expert, and the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be served, but not filed, on all other parties within **fourteen (14) days** of receipt of the report of the opposing expert.

  5.  An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **fourteen (14) days** of receipt of the written report of the expert's proposed testimony or within **fourteen (14) days** of the expert's deposition, if a deposition is taken, whichever is later.  **The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702.**

  6.  The parties shall complete discovery on or before ___March 12, 2025___.  Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

—3—

7.  All dispositive motions shall be filed and served on all other parties on or before
__May 30, 2025__ and shall be limited to **ten (10) pages in length**.  Responses shall be

filed and served on all other parties **within fourteen (14) days** of the service of the motion and

shall be limited to **ten (10) pages in length**.  Any replies shall be filed and served on all other

parties **within seven (7) days** of the service of the response and shall be limited to **five (5) pages in**

**length**, but the Court need not wait for the reply before ruling on the motion. Unless otherwise

directed by the Court, a party may file no more than one motion for summary judgment, without first

obtaining leave of court for good cause.

**The Court, not the parties, shall complete the following paragraph 8.**


8. This case is set for final pretrial conference on a date to be determined later, and JURY

SELECTION AND TRIAL on August 4, 2025 at 9:30a.m. . The final pretrial conference shall be

attended by at least one of the attorneys who will conduct the trial for each of the parties and by

any unrepresented parties. In addition to counsel, party representatives with authority to

negotiate a settlement and all other persons necessary to negotiate a settlement shall attend the

final status conference. The parties should consult Local Rule CV-16(e) regarding matters to be

filed in advance of the final pretrial conference.

**SIGNED this** 17th day of September 2024**.**

_____
**JAMES R. NOWLIN**
**UNITED STATES DISTRICT JUDGE**