UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Melissa A. Gray, individually and on behalf of all others similarly situated,<br>    *Plaintiff,*<br><br>v.<br><br>Kohls Inc. and John Does 1-10,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:24-CV-00327-JRN |

**ORDER**

On May 23, 2025, the parties submitted a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 19. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on May 24, 2025.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE